STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

YSABEL MORILLO GONZALEZ

Case No. 11-01697-ESL

Chapter 13   Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

Debtor          [✓] Present  [ ] Absent
Joint Debtor    [ ] Present  [ ] Absent
Attorney for Debtor [✓] Present  [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: April 01, 2011
Time: 8:05 am   Track: ___
[ ] This is debtor(s) _/_ Bankruptcy filing.
Liquidation Value: _0_
Creditors
— none —

## II. Oath Administered
[✓] Yes   [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 07-09  [✓] Returned
[✓] Federal Tax Returns 07-09 [✓] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting  [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded to pay priority POC #1
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[✓] Tax returns missing
   [✓] State  - years 2010
   [✓] Federal - years 2010

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income  Social security + pension +
   [✓] Missing  [ ] Incomplete January + Feb. 2011
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete  [ ] Missing
   [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing  [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

YSABEL MORILLO GONZALEZ     Case No. 11-01697-ESL

Chapter 13    Attorney Name: JOSE PRIETO CARBALLO ESQ*

---

**VI. Plan** (Cont.)
Date: <u>February, 28, 2011</u>   Base $ <u>10,500.00</u>   [X] Filed   Evidence of Pmt shown: _____
Payments <u>1</u> made out of <u>1</u> due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** April, 27, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 306.00 = $ 2,694.00

**IX. Documents to be provided w/in ___ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
    [ ] Premises _____
    [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

① Submit evidence of income under penalty of perjury and signed by debtor. She will also submit evidence of receipts from customers for months of Jan & Feb. 2011 + Dec. 2010.
② Amend I: include occupation
③ Submit evidence of husband's debts per sch. J
④ Review means test - line 11 r should be $2,788.17

Trustee/Presiding Officer     Date: <u>April 01, 2011</u> (Rev.)

⑤ Provide detail of business equipment.