# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: YSABEL MORILLO GONZALEZ
Case Number: 11-01697-ESL13          Chapter: 13
Date / Time / Room: 4/27/2011 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: PATRICIA DAVILA
Reporter / ECR: LOURDES ALVAREZ

### Matter:

4/26/11 (#15)

CONFIRMATION HEARING OF PLAN DATED ~~02/28/2011 (#2)~~

orally amended:
6 x $175
18 x $230
36 x $245

Base: $74,010

Atr.

### Appearances:

ALEJANDRO OLIVERAS RIVERA  P. Medina
JOSE M PRIETO CARBALLO  ✓

### Proceedings:

ORDER:   as orally amended

☒ (Amended) dated 4/26/11 [Docket no. 15] ☒ CONFIRMED ___ NOT CONFIRMED ___ LBR 3015
     TMTD
☒ Movant's application to withdraw motion is hereby granted. Re: Docket No. 10

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

___ Hearing on Confirmation/Contested Matter is continued to: _____

___ Attorney's Fees: $3,000.00; Other: _____

TMTD (#10)

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge